UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:19-cr-00115-JRS-MJD |
| | ) | |
| LARRY WILLIAMS, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On November 14, 2023, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on November 3, 2022, and the Supplemental Petition filed on October 18, 2023. [Filing Nos. 78, 79, 82.] Defendant, Larry Williams appeared in person and by counsel Dominic Martin of the Federal Community Defenders. Government represented by Assistant United States Attorney Matthew Rinka. United States Probation Office represented by Jamie Roberts.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant of his rights and provided him with a copy of the petition. Defendant previously waived his right to a preliminary hearing. [Filing No. 89.]

2. After being placed under oath, Defendant admitted violation numbers 1, 3 and 7. [Filing Nos. 78, 79, 82.] Government orally moved to withdraw the remaining violation numbers 2, 4, 5 and 6, which motion was granted by the Court.

3. The allegation(s) to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You must not commit another federal, state, or local crime."** |

As previously reported to the Court, Mr. Williams was arrested in the early morning hours of September 11, 2022, by the Lawrence Police Department for felony count of resisting law enforcement, and misdemeanor counts of resisting law enforcement and possession of marijuana. Mr. Williams has been formally charged with this arrest in Marion County Superior Court case number 49D35-2209-F6-024618.

| | |
|---|---|
| 3 | **"You must not commit another federal, state, or local crime."** |

On November 1, 2022, Mr. Williams was arrested by the Indianapolis Metropolitan Police Department for unlawful possession of a firearm by a serious violent felon (felony), possession of a narcotic drug (felony), and resisting law enforcement (misdemeanor).

According to the Indianapolis Metropolitan Police Department probable cause affidavit, on November 1, 2022, officers observed a vehicle, which is owned by Mr. Williams, commit traffic infractions. The vehicle refused to stop when officers attempted to pull it over and instead fled from the area. Officers continued to follow the vehicle until it stopped in an apartment complex. At that time, the driver fled on foot and was arrested by officers. Mr. Williams, the back seat passenger, fled on foot and was arrested after a chase ensued around the apartment buildings. During the foot pursuit, Mr. Williams was witnessed throwing an object, later identified as a firearm.

A review of Mr. Williams' GPS data shows corroborates his physical location to the area outlined in the police report. This case is charged in Marion County Superior Court case Number 49D20-2211-MC-029686. Mr. Williams is currently in custody at the Marion County Jail with an initial hearing scheduled for November 3, 2022..

| | |
|---|---|
| 7 | **"You must not commit another federal, state, or local crime."** |

According to the Marion County Sheriff's Office probable cause affidavit, on January 13, 2023, while in custody at the Marion County Jail on unrelated charges, Mr. Williams assaulted another inmate. The incident was captured on security footage and alleges Mr. Williams struck the victim's head with a closed fist. The victim lost consciousness and fell to the ground after Mr. Williams struck him a second time to the head.

    Mr. Williams has been formally charged with felony battery resulting in moderate bodily injury in Marion County Superior Court case number 49D20-2303-F6-006151.

    On October 17, 2023, Mr. Williams was convicted in this case and sentenced to 1 year imprisonment, which was suspended to reporting probation.

4.   The parties stipulated that:

  (a)   The highest grade of violation is a Grade B violation.

  (b)   Defendant's criminal history category is IV.

  (c)   The range of imprisonment applicable upon revocation of supervised release, therefore, is 12 to 18 months' imprisonment.

5.   The government argued for a sentence of 18 months' imprisonment with 18 months of supervision to follow. Defendant's counsel argued for 18 months' imprisonment with no supervision to follow. Defendant requested placement at Terre Haute Federal Correctional Facility.

  The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 18 months' imprisonment with no supervision to follow. The Magistrate Judge will make a recommendation of placement at Terre Haute Federal Correctional Facility. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Date: 12/14/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system